IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CIVIL CASE NO. 3:05cv148**

| | |
|---|---|
| ANDREW MARK BREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| MECKLENBURG COUNTY, *et al.*,) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on reassignment.

The Court finds that a status conference with the parties would be beneficial to the progress of the case.

**IT IS THEREFORE ORDERED** that this matter will be scheduled for a status conference during the week of November 19, 2007. The Clerk will notify the parties of the specific date, time and place of such status conference.

Signed: October 24, 2007

Martin Reidinger
United States District Judge