# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv148

| | |
|---|---|
| ANDREW MARK BREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE AND** |
| ) | **SUPPLEMENT TO** |
| JAMES PENDERGRAPH, et al., ) | **PRETRIAL ORDER** |
| ) | |
| Defendants. ) | |

**THIS MATTER** came before the Court for a status conference on November 19, 2007.

The parties are hereby notified that this matter is scheduled for trial during the **February 11, 2008 trial term**.

The Pretrial Order and Case Management Plan [Doc. 24] is hereby supplemented as follows:

> No later than **fourteen (14) days** prior to the Final Pretrial Conference, counsel for each party shall file any motions *in limine*. Responses to any such motions must be filed no later than **seven (7) days** prior to the Final Pretrial Conference.

This matter will be scheduled for a pretrial conference during the week of January 28, 2008. The Clerk will notify the parties of the specific date, time and place of such pretrial conference.

**IT IS SO ORDERED.**

Signed: November 28, 2007

Martin Reidinger
United States District Judge