# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:05cv148

| | |
|---|---|
| ANDREW MARK BREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES PENDERGRAPH, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff has filed a brief in opposition to the Motion for Summary Judgment filed by the Defendant Prison Health Services. The Plaintiff's brief contains numerous citations to deposition testimony and other evidence which are not contained in the record before the Court.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall have until 5:00 p.m. on Thursday, December 13, 2007 to file the excerpts of deposition testimony and other evidence to which he cites in his opposition brief.

**IT IS SO ORDERED.**

Signed: December 11, 2007

Martin Reidinger
United States District Judge