# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv148

| | |
|---|---|
| ANDREW MARK BREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JAMES PENDERGRAPH, et al., | ) |
| | ) |
| Defendants. | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Defendants' Motions for Summary Judgment are **GRANTED**, and Judgment is hereby entered in favor of the Defendants James Pendergraph, in his official and individual capacities, Peerless Insurance Company, and Prison Health Services, Inc. against the Plaintiff. This case is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: December 28, 2007

Martin Reidinger
United States District Judge